# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT PARHIZGAR,<br><br>    Petitioner,<br><br>    v.<br><br>B. BIRKHOLZ, WARDEN,<br><br>    Respondent. | Case No. 2:25-cv-06004-AB-AJR<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The time for filing objections has passed and the Court has not received any objections. Accordingly, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

The Court notes that Petitioner appears to no longer be in federal custody and therefore the Court has been unable to mail the Report and Recommendation to Petitioner. However, the Petition also appears to be moot in light of Petitioner's release from custody.

IT IS ORDERED that Respondent's Motion to Dismiss be GRANTED and judgment be entered DISMISSING THIS ACTION WITHOUT PREJUDICE.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Judgment herein on Petitioner at Petitioner's current address of record, as well as all parties

1 | who have appeared in the action.

2 |     LET JUDGMENT BE ENTERED ACCORDINGLY.

5 | Dated: December 29, 2025

                               HON. ANDRE BIROTTE JR.
                               UNITED STATES DISTRICT JUDGE